FILED - USDC -NH
2023 AUG 18 PM 1:48

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 23-cr-72-JL-TSM-01 |
| ) | |
| NUDAY a/k/a NUDAY SYRIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

[13 U.S.C. § 305 – Failure to File Export Information]

1. On or about May 12, 2018, in the District of New Hampshire, the defendant, NUDAY, knowingly failed to file export information through the Automated Export System by exporting and sending from the United States to Syria merchandise, articles, and objects, namely, goods with a declared nominal value of less than $2,500.00, but which were valued at more than $2,500.00, in violation of Title 13, United States Code, Section 305 and Title 18, United States Code, Section 2.

### COUNT 2

[13 U.S.C. § 305 – Failure to File Export Information]

2. On or about May 5, 2019, in the District of New Hampshire, the defendant, NUDAY, knowingly failed to file export information through the Automated Export System by exporting and sending from the United States to Syria merchandise, articles, and objects, goods with a declared nominal value of less than $2,500.00, but which were valued at more than

$2,500.00, in violation of Title 13, United States Code, Section 305 and Title 18, United States Code, Section 2.

## COUNT 3

[13 U.S.C. § 305 – Failure to File Export Information]

3. On or about March 3, 2020, in the District of New Hampshire, the defendant, NUDAY, knowingly failed to file export information through the Automated Export System by exporting and sending from the United States to Syria merchandise, articles, and objects, namely, goods with a declared nominal value of less than $2,500.00, but which were valued at more than $2,500.00, in violation of Title 13, United States Code, Section 305 and Title 18, United States Code, Section 2.

Dated: August 18, 2023

JANE E. YOUNG
UNITED STATES ATTORNEY

By: _____
Alexander S. Chen
Assistant U.S. Attorney